Damir HUGHES–WARREN, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 112, 2017

Supreme Court of Delaware.

Submitted: April 13, 2017

Decided: June 8, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1505012560 (S)

AFFIRMED.

Shawn PACE,[1] Respondent
Below–Appellant,

v.

DEPARTMENT OF SERVICES FOR CHILDREN, YOUTH AND THEIR FAMILIES, Petitioner Below–Appellee.

No. 598, 2016

Supreme Court of Delaware.

Submitted: May 9, 2017

Decided: June 12, 2017

Court Below—Family Court of the State of Delaware, File Nos. CN13–06414 and 16–09–10TN, Petition Nos. 15–17758 and 16–28103

AFFIRMED.

Debra BUELLER,[1] Petitioner
Below, Appellant,

v.

Pablo AUGUSTUS–DEBALT,
Respondent Below,
Appellee.

Debra Bueller,[2] Petitioner
Below, Appellant,

v.

Paul Augustus–Debalt, Respondent
Below, Appellee.

No. 113, 2017
No. 192, 2017

Supreme Court of Delaware.

Submitted: June 7, 2017

Decided: June 14, 2017

Court Below—Family Court of the State of Delaware, File No. CS16–02526, Petition No. 16–33588

DISMISSED.